**Opinion issued April 13, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-22-00165-CV**
_____

**IN RE VANESHA TRUESDALE, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Vanesha Truesdale has filed a petition for writ of mandamus challenging an order compelling discovery.[1] We deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

---

[1] The underlying case is *In the Matter of the Marriage of David Truesdale and Vanesha Truesdale*, cause number 2019-66331, pending in the 310th District Court of Harris County, Texas, the Honorable Sonya Heath presiding.